IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTINA D. KUNZ,<br><br>Defendant. | 9:26-po-05077- KLD<br><br>ORDER<br><br>Violation No.: E1519822<br>Location Code: M26 |

Before the Court is the motion of the United States to dismiss the violation and vacate all hearings in this matter. (Doc. 7). Accordingly, and good cause appearing,

IT IS ORDERED that the motion (Doc. 7) is GRANTED. Violation No. E1519822 is DISMISSED.

IT IS FURTHER ORDERED that all hearings in this matter are VACATED.

DATED this 5th day of October, 2026.

KATHLEEN L. DESOTO
United States Magistrate Judge